IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
**3:09-CV-200-GCM**

| | |
|---|---|
| CLEVELAND CONSTRUCTION , INC., ) | |
| Plaintiff, ) | |
| v. ) | **ORDER GRANTING** |
| ) | **ADMISSION PRO HAC VICE** |
| FIREMAN'S FUND INSURANCE ) | |
| COMPANY, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** upon the motion of Plaintiff, Cleveland Construction, Inc., to allow **James D. Ludwig** to appear *Pro Hac Vice*, dated June 16, 2009 [doc #6].

Upon careful review and consideration, this Court will grant the Application.

In accordance with Local Rule 83.1 (B), the Court notes that Mr. Ludwig has paid the admission fee of Two Hundred Fifty ($250.00) Dollars to the Clerk of Court.

**IT IS SO ORDERED.**

Signed: June 18, 2009

Graham C. Mullen
United States District Judge