IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-200-GCM

| | | |
|---|---|---|
| CLEVELAND CONSTRUCTION, INC. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | |
| FIREMAN'S FUND INSURANCE CO., | ) | |
| | ) | |
| Defendants | ) | |

**THIS MATTER IS BEFORE THE COURT** on its own motion. IT IS HEREBY ORDERED that the trial date in this case is re-scheduled for **August 1, 2011.**

**IT IS SO ORDERED.**

Signed: February 2, 2011

Graham C. Mullen
United States District Judge