# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09-CV-200-GCM

| | |
|---|---|
| CLEVELAND CONSTRUCTION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| ) | |
| FIREMAN'S FUND INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion. The parties are hereby ordered to conduct a judicial settlement conference before Magistrate Judge David C. Kessler. The parties are to contact Judge Kessler's chambers by Monday, May 23, 2011 to schedule a time for the conference.

**SO ORDERED**.

Signed: May 18, 2011

Graham C. Mullen
United States District Judge