IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:09-CV-200-GCM

| | | |
|---|---|---|
| CLEVELAND CONSTRUCTION, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| FIREMAN'S FUND INSURANCE COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for the scheduling of a Judicial Settlement Conference. Pursuant to an Order (Document No. 55) of the Honorable Graham C. Mullen, the parties have contacted the undersigned's chambers to schedule a Judicial Settlement Conference and a date has been agreed upon.

**IT IS THEREFORE ORDERED** that a Judicial Settlement Conference shall convene at 10:00 a.m. on Wednesday, June 15, 2011, in Courtroom #1 of the Federal Courthouse, 401 W. Trade Street, Charlotte, North Carolina.

**IT IS FURTHER ORDERED** that the Clerk of Court reserve Courtroom #1 and its attached conference room.

**SO ORDERED**.

Signed: May 31, 2011

David C. Keesler
United States Magistrate Judge