IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-200-GCM

| CLEVELAND CONSTRUCTION, INC. | ) | |
|---|---|---|
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| FIREMAN'S FUND INSURANCE COMPANY, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on its own motion. Due to a conflict with the Court's schedule, the trial date is hereby continued until August 8, 2011. The Parties are ordered to file their (a) trial briefs, (b) joint statement of the issues remaining for trial, if agreed by counsel, or if counsel cannot agree, each party shall file its own statement of the issues; (c) proposed jury instructions; and (d) requests for voir dire by **June 24, 2011 at 5:00 PM**. Such filings are further described in the Court's Pre-Trial Order and Case Management Plan. [D.I. 20]. The Parties are to comply with all other deadlines as set out in the Pre-Trial Order.

**SO ORDERED**.

Signed: June 16, 2011

Graham C. Mullen
United States District Judge