# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09-CV-200-GCM

| | |
|---|---|
| CLEVELAND CONSTRUCTION, INC. ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| ) | |
| FIREMAN'S FUND INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on its own motion. The Parties are ordered to file their motions in limine, if any, by Wednesday, June 29, 2011 at 5:00 PM. If any such motions are filed, the Court anticipates oral arguments will be necessary.

**SO ORDERED**.

Signed: June 17, 2011

Graham C. Mullen
United States District Judge