IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-CV-200

| | |
|---|---|
| CLEVELAND CONSTRUCTION, INC. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>FIREMAN'S FUND INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>) | **AMENDED ORDER** |

**THIS MATTER** is before the Court on Defendant's Motions in Limine [D.I. 67–74], Plaintiff's Memoranda in Opposition to Defendant's Motions in Limine [D.I. 77–84], and Defendant's Replies to Plaintiff's Responses [D.I. 85–89]. For the reasons stated in open court:

1. Defendant's Motion in Limine to *Exclude Reference to Claims Dismissed via Summary Judgment* [D.I. 67] is **GRANTED** in part and **DENIED** in part.

2. Defendant's Motion in Limine to *Exclude Evidence of Defendant's Financial Condition* [D.I. 68] is **GRANTED**.

3. Defendant's Motion in Limine to *Preclude Plaintiff's Expert from Offering Opinions or Evidence with Respect to Specified Issues* [D.I. 69] is **GRANTED**.

4. Defendant's Motion in Limine to *Preclude James Ludwig from Acting as Plaintiff's Trial Attorney* [D.I. 70] is **DENIED**.

5. Defendant's Motion in Limine to *Allow Counsel to Conduct Voir Dire* [D.I. 71] is **GRANTED** in part and **DENIED** in part.

6. Defendant's Motion in Limine *Regarding Exclusion of Documents and/or Other Tangible Materials Not Produced in Discovery* [D.I. 72] is **DENIED**.

7. Defendant's Motion in Limine to *Preclude Plaintiff from Presenting Evidence of Breach of Contract Damages in Support of NC Gen Stat. 75-1.1 et. seq.* [D.I. 73] is **GRANTED IN PART AND DENIED IN PART**.

8. Defendant's Motion in Limine to *Preclude Plaintiff from Offering Evidence with Respect to Punitive Damages, Defendant's Allegedly Willful and Wanton Conduct or its Allegedly Aggravating Conduct* [D.I. 74] is **GRANTED**.

**SO ORDERED.**

This 26th day of July, 2011.

Signed: July 26, 2011

Graham C. Mullen
United States District Judge