UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

CIVIL NO. 3:09-CV-00200-GCM

| | | |
|---|---|---|
| CLEVELAND CONSTRUCTION, INC, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING MOTION FOR** |
| | ) | **VOLUNTARY DISMISSAL OF** |
| v. | ) | **ACTION WITH PREJUDICE** |
| | ) | |
| FIREMAN'S FUND INSURANCE CO., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On Motion of Plaintiff, through counsel of record, and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure the undersigned hereby **GRANTS** Plaintiff's Motion For Voluntary Dismissal of Action with Prejudice.

**SO ORDERED**

Signed: October 24, 2011

Graham C. Mullen
United States District Judge